CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
AUG - 3 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID ATKINS, | ) | CASE NO. 7:11CV00592 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER |
| | ) | |
| DONALD W. FARLEY, SHERIFF, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

    1. Plaintiff's motion for judgment as a matter of law and motion for judgment on the pleadings (DE 13 & 14), and other pending motions are **DENIED**;

    2. Defendant Schwartz' motion for judgment on the pleadings (DE 6) is **GRANTED**;

    3. The motion to dismiss by Defendants Farley, Shortell, Shank, and Sears (DE 3) is **GRANTED**; and

    4. This action is stricken from the active docket of the court.

ENTER: This 3rd day of August, 2012.

/s/ Glen E. Conrad
Chief United States District Judge